UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT WESLEY HUMPHREYS, <br><br> Petitioner, <br><br> v. <br><br> COWLITZ COUNTY CLERKS, et al., <br><br> Respondents. | CASE NO. C22-5240JLR <br><br> ORDER |

Before the court are Petitioner Scott Wesley Humphreys's objections to Magistrate Judge Theresa L. Fricke's December 12, 2022 report and recommendation. (Obj. (Dkt. # 15); R&R (Dkt. # 14).) Magistrate Judge Fricke recommends that the court dismiss Mr. Humphreys's petition for a writ of habeas corpus without prejudice for failure to specify grounds for habeas relief, deny Mr. Humphreys's motion to proceed *in forma pauperis* ("IFP") (*see* IFP Mot. (Dkt. # 4) as moot, and deny a certificate of appealability. (*See generally* R&R.)

ORDER - 1

1  A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Because Mr. Humphries is proceeding *pro se*, this court must interpret his petition and objections liberally. *See Bernhardt v. Los Angeles Cnty.*, 339 F.3d 920, 925 (9th Cir. 2003).

Here, although Magistrate Judge Fricke provided Mr. Humphreys several opportunities to file a habeas petition that complies with Rule 2 of the Rules Governing § 2254 Cases (*see* 5/4/22 OSC (Dkt. # 8); 7/5/22 OSC (Dkt. # 12)), Mr. Humphreys has failed, despite multiple filings, to cure the deficiencies Magistrate Judge Fricke identified in her orders to show cause (*see* Prop. Mem. (Dkt. # 1); Prop. Mot. (Dkt. # 6); Prop. Pet. (Dkt. # 9); Resp. (Dkt. # 10); Supp. (Dkt. # 11); Praecipe (Dkt. # 13)). Mr. Humphreys's objections do not address the concerns set forth in the report and recommendation. (*See generally* Obj.) Accordingly, on de novo review, the court ADOPTS the report and recommendation (Dkt. # 14); DENIES Mr. Humphreys's petition for a writ of habeas corpus (Dkt. # 9) without prejudice; DENIES Mr. Humphreys's motion to proceed IFP (Dkt. # 4) as moot; and DENIES a certificate of appealability.

//

//

1  Dated this 30th day of December, 2022.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 3